UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA PROLIFE COUNCIL
POLITICAL ACTION COMMITTEE,

       Plaintiff,

          v.                          CIV. NO. S-96-1965 LKK/DAD

JAN SCULLY, et al.,

       Defendants.
_____/
LARRY LEVINE; TOM KAPTAIN;
SCOTT HART; and CALIFORNIA
REPUBLICAN ASSEMBLY,

       Plaintiffs,

          v.                          CIV. NO. S-02-0199 LKK/DAD

FAIR POLITICAL PRACTICES
COMMISSION,

       Defendant.
_____/

////

////

////

1  LANDSLIDE COMMUNICATIONS,
   INC. and JAMES V. LACY,
2  IN HIS CAPACITY AS PRESIDENT
   OF LANDSLIDE COMMUNICATIONS,
3  INC.,

4          Plaintiffs,

5          v.                           CIV. NO. S-13-0716 GEB/KJN

6  STATE OF CALIFORNIA; FAIR
   POLITICAL PRACTICES
7  COMMISSION OF THE STATE OF
   CALIFORNIA,
8                                       NON-RELATED CASE ORDER
          Defendants.
9  _____/

10      The court is in receipt of the Notice of Related Cases

11 concerning the above-captioned cases filed April 15, 2013.  After

12 consideration, the court has determined that it is inappropriate

13 to relate or reassign the cases, and therefore declines to do so.

14 This order is issued for informational purposes only, and shall

15 have no effect on the status of the cases, including any previous

16 Related (or Non-Related) Case Order of this court.

17      IT IS SO ORDERED.

18      DATED:  May 24, 2013.

19

20

21      LAWRENCE K. KARLTON
        SENIOR JUDGE
22      UNITED STATES DISTRICT COURT

23

24

25

26

                              2