```
 1
 2
 3
 4
 5
 6
 7
 8                        UNITED STATES DISTRICT COURT
 9                       EASTERN DISTRICT OF CALIFORNIA
10
11  CALIFORNIA PROLIFE COUNCIL
    POLITICAL ACTION COMMITTEE,
12
               Plaintiff,
13
                    v.                    CIV. NO. S-96-1965 LKK/DAD
14
    JAN SCULLY, et al.,
15
               Defendants.
16  _____/
    LARRY LEVINE; TOM KAPTAIN;
17  SCOTT HART; and CALIFORNIA
    REPUBLICAN ASSEMBLY,
18
               Plaintiffs,
19
                    v.                    CIV. NO. S-02-0199 LKK/DAD
20
    FAIR POLITICAL PRACTICES
21  COMMISSION,
22             Defendant.
    _____/
23
24  ////
25  ////
26  ////
```

```
1  LANDSLIDE COMMUNICATIONS,
   INC. and JAMES V. LACY,
2  IN HIS CAPACITY AS PRESIDENT
   OF LANDSLIDE COMMUNICATIONS,
3  INC.,

4          Plaintiffs,

5              v.                    CIV. NO. S-13-0716 GEB/KJN

6  STATE OF CALIFORNIA; FAIR
   POLITICAL PRACTICES
7  COMMISSION OF THE STATE OF
   CALIFORNIA,
8                                    NON-RELATED CASE ORDER
           Defendants.
9  _____/
```

The court is in receipt of the Notice of Related Cases concerning the above-captioned cases filed April 15, 2013. After consideration, the court has determined that it is inappropriate to relate or reassign the cases, and therefore declines to do so. This order is issued for informational purposes only, and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this court.

IT IS SO ORDERED.

DATED: May 24, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2